STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
RICKY BARNETTE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00456 JST |
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE OF SENTENCING DATE |
| v. | |
| RICKY BARNETTE, | |
| DEFENDANT. | |

The parties hereby request that the sentencing hearing currently scheduled for February 3, 2017 be vacated and the matter be reset for sentencing on March 10, 2017 at 9:30 a.m. Additional time is needed to arrange Mr. Barnette's interview with United States Probation because scheduling conflicts have made performing the interview before the holidays impossible. The assigned United States Probation officer will be available on March 10.

DATED: December 28, 2016          /S/
                                  NED SMOCK
                                  Assistant Federal Public Defender
                                  Counsel for Ricky Barnette

CR 16-00456 JST
Stip. to Continuance

1

1 | DATED: December 28, 2016  /S/
GARTH HIRE
2 | Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons set forth above, the February 3, 2017 sentencing date is VACATED and the matter is reset for sentencing on March 10, 2017 at 9:30 a.m.

Dated:  December 28, 2016

HON. JON S. TIGAR
United States District Judge

CR 16-00456 JST
Stip. to Continuance

2